IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID CZAPIEWSKI,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

15-cv-208-bbc

v.

TODD RUSSELL, JOHN O'DONOVAN,
WILLIAM POLLARD and ANTHONY MELI,

    Defendants.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Todd Russell, John O'Donovan, William Pollard and Anthony Meli, granting their motion for summary judgment and dismissing this case.

| /s/ | 7/18/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |